1596 ROGERS (HEALTH Officer) vs. McNAUGHTON (Sheriff),
No. 15477½.

To compel the sheriff to deliver to relator a prisoner, who is suffering from diphtheria, for the purpose of removal to the hospital, there to be kept and cared for until her recovery, and then to be returned.

The circuit judge denied the application, on the ground that relator was not the health officer of the village, but that another was both de jure and de facto such health officer.

Writ of certiorari refused.


1597 MILLER vs. STRABBING (Sheriff), No. 12783.

To compel relator's release from imprisonment under the poor debtor's act.

Denied, with costs, June 15, 1892.

In case for slander commenced by capias, judgment was rendered against relator, and a body execution issued, whereupon he gave a bond for the jail limits and was released from custody. He now claims the benefit of Chap. 309, How. Stat., and asks that the sheriff be compelled to take steps for his discharge.

Held, that the latter chapter has no application to such a case.


1598 BENNETT ET AL. vs. HANLEY (Sheriff), No. 12625, 91 M., 143.
51 N. W., 885.

To compel respondent to set off an execution.
Granted, without costs, April 7, 1892.